UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHALLA C. ALFARO BRITTANY,<br><br>    Plaintiff,<br><br>        v.<br><br>SACNET,<br><br>    Defendant. | No. 2:16-cv-1031-GEB-EFB PS<br><br><br><br>ORDER |

On May 18, 2016, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed May 18, 2016, are ADOPTED;
2. Plaintiff's application to proceed in forma pauperis is denied;
3. Plaintiff is granted thirty days in which to pay the filing fee of $400; and
4. Plaintiff is admonished that failure to pay the filing fee will result in dismissal of this action.

Dated:  June 17, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge