UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHALLA C. ALFARO BRITTANY,<br><br>             Plaintiff,<br><br>      v.<br><br>SACNET,<br><br>             Defendant. | No.  2:16-cv-1031-GEB-EFB PS<br><br><br><br>ORDER |

On May 18, 2016, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed. On June 20, 2016, the undersigned adopted the findings and recommendation, denied plaintiff's application to proceed *in forma pauperis* and directed her to pay the filing fee within thirty days. Plaintiff was admonished that failure to timely pay the filing fee would result in the dismissal of this action.

The time has passed and plaintiff has failed to pay the required filing fee. Instead, on June 28, and August 8, 2016, plaintiff renewed her application to proceed *in forma pauperis* and filed an updated financial affidavit. Neither of those documents cure the defects found by the magistrate judge in his findings nor by this court in adopting them.[1]

---

[1] Plaintiff's initial application to proceed *in forma pauperis* was denied because she failed to demonstrate that she had insufficient assets to pay the filing fee and costs. Her recently filed

1  Accordingly, this action is dismissed without prejudice.

2  Dated: August 26, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

financial affidavit indicates that she has received an inheritance exceeding more than $7,000 and that she owns three houses. ECF No. 7 at 3. Thus, this affidavit also fails to demonstrate that plaintiff has insufficient assets to pay the filing fee and costs and provide the necessities of life to herself and her dependents.

2